THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYCE KISKER and JENNIFER KISKER, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, a foreign company, <br><br> Defendant. | Case No. 2:24−cv−01251−BJR <br><br> STIPULATED MOTION AND ORDER FOR EXTENSION OF EXPERT DISCLOSURE AND REPORT DEADLINES <br><br> Noted for Consideration: <br> June 6, 2025 |

### JOINT STIPULATION

The parties certify they have met and conferred per the Honorable Judge Barbara J. Rothstein's standing order and hereby jointly STIPULATE AND AGREE to request an extension of their expert disclosures and discovery deadlines, which were set forth in the Court's October 4, 2024, Order Setting Trial Date and Related Dates (Dkt. 12), as set forth below.

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| JURY TRIAL | January 5, 2026 | No change |
| Reports from expert witnesses under FRCP 26(a)(2) due | June 9, 2025 | August 25, 2025 |
| Discovery completed by | July 9, 2025 | September 26, 2025 |

STIPULATED MOTION AND ORDER
FOR EXTENSION OF EXPERT DISCLOSURE
AND REPORT DEADLINES
2:24−cv−01251−BJR

*Poli, Moon & Zane, PLLC*
600 1st Ave., Suite 102 #2093
Seattle, Washington 98104
206-704-5653

1    A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Extension of deadlines

2    are only granted by this court where good cause is evident. The parties submit that good cause exists

3    for extending these specific deadlines.   The dispositive motions filing deadline of August 8, 2025,

4    remains unchanged.

5    Specifically, an appraisal was conducted in this matter, resulting in an appraisal award

6    dated March 25, 2025. To preserve party resources, the parties deferred retaining experts in this

7    matter. At the same time, the parties have been diligent in pursuing other discovery to be done in

8    this case, including exchanging over 6,000 pages of discovery, completing initial written

9    discovery, and scheduling witness depositions.

10   The collection of relevant documentation is still on-going, and critical. The parties expect

11   to collect thousands more pages of pictures and records that will need to be reviewed, organized,

12   and then sent to experts for review.  Expert reports would be prepared based on this fuller record.

13   For the reasons set forth above, the parties believe that there exists good cause to request

14   an extension of the above-listed dates and respectfully request that the Court grant their motion.

15   SO STIPULATED.

16   DATED this 3rd day of June 2025.

17   Respectfully submitted,

18

_s/Jeffrey G. Zane_                                    *Attorneys for Plaintiffs*
19   Jeffrey G. Zane, WSBA #62691
Mike N. Poli WSBA# 63619
20   600 1st Ave., Suite 102 #2093
Seattle, Washington 98104
21   206-704-5653

22

23

24   STIPULATED MOTION AND ORDER                    *Poli, Moon & Zane, PLLC*
FOR EXTENSION OF EXPERT DISCLOSURE         600 1st Ave., Suite 102 #2093
AND REPORT DEADLINES                           Seattle, Washington 98104
2:24−cv−01251−BJR                                      206-704-5653

1

*s/Michael D. Handler*                                      *Attorneys for Defendants*
Michael D. Handler, WSBA #25654

2

FORSBERG & UMLAUF, P.S.401 Union
Street, Suite 1400

3

Seattle, WA 98101
Telephone: 206.689.8500

4

Email: mhandler@foum.law

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND ORDER                    ***Poli, Moon & Zane, PLLC***
FOR EXTENSION OF EXPERT DISCLOSURE            600 1st Ave., Suite 102 #2093
AND REPORT DEADLINES                                   Seattle, Washington 98104
2:24−cv−01251−BJR                                              206-704-5653

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. The new disclosure and expert deadlines are as follows:

| **Deadlines** | |
|---|---|
| TRIAL | Unchanged January 05, 2026 |
| Reports from expert witness under FRCP 26(a)(2) due | August 25, 2025 |
| Discovery completed by | September 26, 2025 |

DATED this 5th day of June 2025.

_Barbara J. Rothstein_

HONORABLE BARBARA J. ROTHSTEIN
United States District Judge

STIPULATED MOTION AND ORDER
FOR EXTENSION OF EXPERT DISCLOSURE
AND REPORT DEADLINES
2:24−cv−01251−BJR

*Poli, Moon & Zane, PLLC*
600 1st Ave., Suite 102 #2093
Seattle, Washington 98104
206-704-5653